UNITED STATES DISTRICT COURT
FOURTH DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH, NORTH CAROLINA


FILED
APR 2 5 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | | |
|---|---|---|
| Webster D. Williams, III | ) | Case No.: 5:20-ct-3189-FL |
| Plaintiff | ) | |
| v. | ) | **NOTICE OF APPEAL** |
| | ) | |
| Federal Bureau of Prisons | ) | |
| Director Carvajal | ) | |
| Defendant | | |

NOTICE OF APPEAL
_____

    The Plaintiff in the above captioned case, Webster D. Williams, III, respectfully appeals from the decision of this Honorable Court.

    Plaintiff will file an appeal to the Fourth Circuit Court of Appeals, Richmon, Virginia.

    I certify under penalty of perjury that the aforementioned is true and correct pursuant to 28 USC § 1746.

_April 20, 2022_
Date

_[signature]_
Webster D. Williams, III

# CERTIFICATE OF SERVICE

I certify that on April 20, 2022 the enclosed documents entitled

NOTICE OF APPEAL

was served upon the following person(s) at the address(es) shown, pertaining to:

Fourth Circuit District Ct. RE: (X) Case No. 5:20-ct-3189-FL
P.O. Box 25670                    (_) Letter dated _____
Raleigh, N.C. 27601-1418          (_) Other _____

The aforementioned document was sent via:
(X) U.S. Mail First Class     (_) U.S. Mail, Certified
(_) Hand Delivered             No. _____
(_) FAXed to # _____        (_) U.S. Mail, Return Receipt

I certify that this document was placed in the inmate mailbox in MAILROOM, at the Low Security Correctional Institute, Butner Complex, Butner, N.C., at 7:30 PM - AM, on the date April 21, 2022. Please note that inmate mail is )**NOT**( picked up on Friday or Saturday evenings.

---

**PURSUANT TO THE PRISON MAILBOX RULE:**

The **Prison Mailbox Rule**, whereby date on which prisoner transmits documents to prison authorities, is considered actual filing date... as neither **19 USCS § 1608** or **1609**, nor regulations require actual receipt. **Houston v. Lack**, 487 US 266, 101 L. Ed. 2d 245 (1988).

---

I certify under penalty of perjury that the aforementioned is true and correct, pursuant to 28 USCS § 1746.

Printed Name Webster D. Williams, III

Date April 20, 2022

Signature _____